# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3107 |
| | ) | |
| V. | ) | |
| | ) | |
| ARRMON H. DAUGHERTY, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

     In light of the Fair Sentencing Act of 2010, the Court directed the United States Probation Office for the District of Nebraska to review crack cases to determine whether a defendant may be entitled to a reduction in his or her sentence. The probation officer has submitted her review in this case. I agree with the probation officer that the defendant is not eligible for a sentence reduction. This is true for a variety of reasons including the fact that I took into consideration the impact of the Senate's adoption of the bill that eventually became the Fair Sentencing Act of 2010 when I originally sentenced the defendant. In other words, he got all that he was entitled to receive when I sentenced him the first time. And, even if the defendant was eligible for a reduction, I would not grant him one as I believe the defendant has now received all the leniency he is entitled to receive (e.g., filing no. 56 (granting Rule 35(b) motion)) and because of the defendant's extensive criminal history.

     IT IS ORDERED that the Court will not reduce the defendant's sentence as a result of the Fair Sentencing Act of 2010. The Clerk shall provide a copy of this Memorandum and Order to the defendant, USPO Kontz, AUSA Lehr and FPD Stickman.

     DATED this 27th day of June, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge