IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:09CR3107 |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ARRMON H. DAUGHERTY, | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion for leave to appeal in forma pauperis. (Filing 100.) Because the court previously granted the defendant leave to appeal in forma pauperis, his motion is denied as moot. (Filing 96.)

IT IS ORDERED that the defendant's motion for leave to appeal in forma pauperis (filing 100) is denied as moot.

DATED this 25th day of July, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.